IN THE UNITED STATES DIST. COURT
FOR THE SOUTHERN DIST. OF TEXAS

United States District Court
Southern District of Texas
FILED

APR 0 6 2004

Michael N. Milby
Clerk of Court

MARIA DIANA ACUNA RODRIGUEZ

VS.

UNITED STATES OF AMERICA
UNITED STATES POSTAL SVC.

CIVIL ACTION NO.

**B-04-013**

JURY TRIAL

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Maria Diana Acuna Rodriguez, hereinafter referred to as Plaintiff, complaining of the United States of America and for such cause of action, would respectfully show the Court the following:

I.

Plaintiff is a resident of Harlingen, Cameron County, Texas. Defendant is the United States of America. Service is requested pursuant to Federal Rule of Civil Procedure 4(i) by permitting the Clerk of the Court to serve the following individuals and entities by mailing by registered or certified mail, to addressee only, return receipt requested, a true and correct copy of the citation with service of process:

1.) United States Attorney for the Southern District of Texas.
2.) Civil Process Clerk, Office of the United States Attorney for the Southern District of Texas.
3.) U. S. Attorney General, Department of Justice, 10th & Constitution Ave., N.W. Room B-324, Washington, D. C. 205030

II.

Jurisdiction is founded under 28 U.S. C. Section 1346. A substantial part of the events or omissions forming the basis of this complaint occurred in Cameron County, Texas.

III.

Plaintiff was injured on Defendant's premises, a branch of the United States Postal Service.

Defendant owed Plaintiff the duty of reasonable care in maintaining it's premises. Defendant's employees owed Plaintiff the duty of reasonable care.

IV.

That on or about October 28th, 2002, Plaintiff was entering the United States Post Office located on North New Combes Highway in the City of Harlingen, Texas; that she was entering said Post Office near the noon hour; that as she entered the door, the carpet was loose and Plaintiff slipped to the floor doing a split; that she remained on the floor for a considerable amount of time before an ambulance was called; that prior to the time an ambulance arrived, Plaintiff was standing holding her lower stomach, yelling with pain; that the Postmaster and Assistant Supervisor were at the scene; that she was in the Harlingen Medical Center for several days; that she was operated for Enterocele repair, anterior repair and Burch usethropexy; that she was operated on the bladder because of a hernia; that she was operated on the colon; that has received permanent injuries as shown above and must use pampers today; that she received injuries to her vertebrae and has been permanetly damaged thereon.

That Plaintiff has sustained serious and disabling injuries because of the defective mat or wet mat which slipped under her at the time she entered; that each of the above mentioned acts is a proximate and/or producing cause of the Plaintiff's injuries or damages.

V.

Plaintiff Maria Diana Acuna Rodriguez is entitled to the following legal damages as a result of the conduct of the Defendant:

a.) Physical pain and suffering

b.) Loss of earning capacity

c.) Disfigurement

d.) Physical impairment

e.) Medical care.

That the above enmerated damages were proximately caused by the negligence of the Defendant and or their servants, agents, and or employees, acting within the course and scope of their employment and or agency. Based on the foregoing, Plaintiff pleads for an amount of actual damages which the jury deems reasonable under the circumstanes which is in excess of the minimum jurisdictional limits of this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon final trial by jury, that a judgment be rendered for Plaintiff against Defendant for actual damages in an amount the jury deems reasonable under the circumstanes in excess of the minimal jurisdiction limits of the Court, costs of court, pre and post judgment interestat the legal rate, and for all other relief at law or in equity for which she may show herself justly entitled.

Respectfully submitted,

*Maria Diana Acuna Rodriguez*

Maria Diana Acuna Rodriguez, Pro Se
302 W. Pierce St.
Harlingen, Texas 78550
956-428-8733

## AFFIDANIT OF A PAUPER

THE STATE OF TEXAS )

COUNTY OF CAMERON )

BEFORE me, the undersigned authority, on this day personally appeared Maria Diana Acuna Rodriguez, Plaintiff in this suit and who under oath depose and says that she is completely destitue and does not have funds to pay for the Court costs in this matter and wishes to file this suit as a pauper.

*Maria Diana Acuna Rodriguez*

Sworn to and subscribed before me, a Notary Public, State of Texas, on this 6th day April, 2004 by Maria Diana Acuna Rodriguez.

*Moises V. Vela*
Notary Public State of Texas



Moises V. Vela
Notary Public, State of Texas
My Commission Expires
JULY 07, 2005